**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WILLIAM DE JESUS TORO-ROJAS**                                    **PLAINTIFF**
**#111881**

**V.**                           **NO. 4:26-cv-658-LPR-ERE**

**GRIFFIN, *et al*.**                                              **DEFENDANTS**

## ORDER

*Pro se* plaintiff William De Jesus Toro-Rojas, a pre-trial detainee at the Saline County Detention Facility, initiated this case pursuant to 42 U.S.C. § 1983, seeking relief for allegedly unconstitutional conditions of confinement. *Doc. 1.* Noting several pleading deficiencies, I gave Mr. Toro-Rojas an opportunity to file an amended complaint. *Doc. 8.* On July 17, 2026, Mr. Toro-Rojas filed an amended complaint (*Doc. 10*), along with a motion for an injunction, seeking release pending trial (*Doc. 11 at 13*), and a petition for writ of habeas corpus. *Doc. 12.*

A prisoner in state custody cannot use a § 1983 action to challenge the fact or duration of his confinement and seek release, which is the province of habeas corpus. *Preiser v. Rodriguez,* 411 U.S. 475, 489 (1973). Mr. Toro-Rojas's petition for habeas corpus (*Doc. 12*) and related motion for an injunction (*Doc. 11*) must be filed in a separate habeas action pursuant to 28 U.S.C. § 2241, which extends potential habeas relief to pretrial detainees in state custody in violation of the Constitution or laws or treaties of the United States. 28 U.S.C. § 2241(c)(3).

IT IS THEREFORE ORDERED that the Clerk is directed to open a separate, § 2241 habeas case and file Mr. Toro-Rojas's habeas petition (*Doc. 12*) and motion for an injunction (*Doc. 11*) in that case.

DATED 22 July 2026.

_____
UNITED STATES MAGISTRATE JUDGE