**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIAM DE JESUS TORO-ROJAS** **PLAINTIFF**
**#111881**

**v.** **Case No. 4:26-cv-00658-LPR-ERE**

**CHRISTIE GRIFFIN, et al.** **DEFENDANTS**

# ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 19) and the Plaintiff's Objections (Doc. 20). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's official capacity claims against Defendants are DISMISSED without prejudice for failure to state a plausible constitutional claim for relief.

2. Plaintiff's claims against Defendants Parker, Silva, McBride, and White are DISMISSED without prejudice for failure to state a plausible constitutional claim for relief.

3. The Clerk is directed to terminate Sergeant Tonya Parker, Lieutenant Latosha Silva, Sergeant Jonathan McBride, and Grant White as party Defendants.

DATED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] Today's Order does not address the viability of the served claims. Today's Order only addresses the claims that the PRD recommends be dismissed.